## MATTER OF HARDRAT.

### APPLICATION FOR WRIT OF HABEAS CORPUS.

Original. Submitted November 9, 1908.—Decided November 16, 1908.

Leave to file petition for *habeas corpus* by person confined under indeterminate sentence act of Michigan, denied.

*Mr. Frederick S. Tyler* presented the application on behalf of the petitioner.

No brief was filed in opposition.

*Per Curiam:* Motion for leave to file a writ of *habeas corpus* denied.

---

## MATTER OF CHESAPEAKE & OHIO RAILWAY COMPANY.

### MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS.

Original. Submitted November 9, 1908.—Decided November 16, 1908.

Leave to file petition for mandamus to compel Circuit Court to retain jurisdiction of a condemnation proceeding refused.

*Mr. F. B. Enslow* and *Mr. J. L. Bumgardner* for petitioner.

*Mr. Edward W. Knight,* opposing.

*Per Curiam:* Motion for leave to file a petition for a writ of mandamus denied.